NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHN ROBERT ADAIR, DILJEET SINGH ATHWAL, and JOHN SPENCER EMTAGE,**
*Appellants,*

**v.**

**PAUL J. CARTER and LEONARD G. PRESTA,**
*Appellees.*

---

2011-1378
(Interference No. 105,762)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals Interferences.

---

**JUDGMENT**

---

DOREEN YATKO TRUJILLO, Cozen O'Connor, of Philadelphia, Pennsylvania, argued for appellants. With her on the brief was KYLE VOS STRACHE.

OLIVER R. ASHE, JR., ASHE, P.C., of Reston, Virginia, argued for appellees. Of counsel on the brief were JEFFREY P. KUSHAN and RACHEL H. TOWNSEND, Sidley Austin, LLP, of Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LINN, PROST, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 9, 2012              /s/ Jan Horbaly
Date                          Jan Horbaly
                              Clerk